**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

### IN THE INTEREST OF J.C., ET AL., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

By letter dated October 22, 2015, appellant informs the Court the trial court signed an order allowing counsel of record for appellee Bernetta Bayless to withdraw. Attached to the letter is the trial court's order. Accordingly, we **DIRECT** the Clerk of the Court to remove Stephen D. Skinner as counsel of record for Ms. Bayless. All further communications, including communications from appellant, shall be directed to Ms. Bayless at

900 River Bend Drive #314
Lancaster, Texas 75146
(972) 748-7385
bernettab1@gmail.com.

/s/      CRAIG STODDART
JUSTICE